Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANNON AULTMAN, an individual, and
DAVID AULTMAN, an individual,

      Plaintiffs,

v.

ELDORADO RESORTS CORP., a Florida
Corporation,    d/b/a    ELDORADO
DEVELOPMENT CORP.,

      Defendant.

**Case No. 2:19-cv-00130-GMN-GWF**

**STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINE TO
RESPOND TO MOTION FOR
PROTECTIVE ORDER [ECF #13]**

**FIRST REQUEST**

**Hearing Scheduled: May 3, 2019.**

      The parties, Defendant Eldorado Resorts Corp. ("Eldorado") by and through its counsel of record, Greenspoon Marder LLP, and Plaintiffs Shannon Aultman and David Aultman ("Plaintiffs") by and through their counsel of record, Christopher Burk, Esq. of Totten Franqui Davis & Burk, LLC ("TFDB") hereby stipulate hereby stipulate to extend the time for Eldorado to respond to TFDB's Motion for Protective Order [ECF #13] as follows:

      Eldorado's Opposition to TFDB's Motion is currently due on April 15, 2019. Counsel for Eldorado is in trial from April 15-18, and is preparing for the same. On that basis the parties have agreed to provide Eldorado an additional four (4) days to respond to the Motion, through April 19, 2019.  This is the first request for an extension.  This stipulation will not impact the hearing

///

///

///

//

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 / Fax: (954) 333-4256

39682019.1

1   on the Motion, currently scheduled for May 3, 2019, and is not entered for purposes of delay.

2       Dated this 12th day of April, 2019.

3

4   **Totten, Franqui, Davis & Burk, LLP**          **Greenspoon Marder LLP**

5   */s/ Christopher Burk, Esq.*                    */s/ Phillip A. Silvestri, Esq.*
    CHRISTOPHER D. BURK, ESQ.                        PHILLIP A. SILVESTRI, ESQ.
6   Nevada Bar No. 8976                              Nevada Bar No. 11276
    *Movant and Attorneys for Plaintiffs*           *Attorneys for Defendant*
7

8

9       IT IS SO ORDERED

10

11   _____

12   UNITED STATES MAGISTRATE JUDGE

13   DATED:  4/15/2019 _____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4255 / Fax: (954) 771-9264

39682019.1